In the Matter of JOSEPH F. DEMPSEY et al., Appellants, against RUSSELL P. KOEHLER et al., Constituting the Board of Appeals of the Town of Islip, Respondents, and BENJAMIN W. HAWKES, Intervener, Respondent.

Argued November 29, 1939; decided December 28, 1939.

*Stanley Gray Horan* and *Francis M. Verrilli* for appellants.

*Robert H. Koehler* for Board of Appeals, respondent.

*Alexander W. Kramer* for Benjamin W. Hawkes, intervener, respondent.

Order affirmed, with costs; no opinion. (See 282 N. Y. 683.)

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.